AO106(Rev.5/85) Affidavit for Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person, property, or premises to be searched)

46 Computer hard drives
(more specifically described in Attachment A)

**APPLICATION AND AFFIDAVIT
FOR SEARCH WARRANT**

CASE NUMBER: 06-304-M-01

(Further described below)

I __Marydith J. Newman__ being duly sworn depose and say:

I am a(n) __U.S. Postal Inspector with the U.S. Postal Inspection Service__ and have reason to believe
(Official Title)
that ☐ on the person of or ☒ on the property or premises known as (name, description and or location)

See Attachment A of the Affidavit which is attached hereto and incorporated herein

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property to be searched)

See Attachment B of the affidavit submitted in support of the application for this warrant which attachments A, B, and the affidavit are incorporated herein by reference.

which is (state one or more bases for search and seizure set forth under Rule 41(b) of the Federal Rules of Criminal Procedure)

fruits, evidence, and instrumentalities,

concerning a violation of Title __18 & 15__ United States Code, Section(s) __1343, 1341; 78j(b) and 78 ff__. The facts to support a finding of Probable Cause are as follows:

SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN

Continued on the attached sheet and made a part hereof.    ☒ YES   ☐ NO

Jonathan R. Barr
Assistant United States Attorney
Fraud and Public Corruption Section

Signature of Affiant
Marydith J. Newman
U.S. Postal Inspector

Sworn to before me, and subscribed in my presence

JUN 2 8 2006                     at Washington, D.C.
Date    JOHN M. FACCIOLA
        U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer          Signature of Judicial Officer