UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

In re: Search of 46 Computer Hard Drives

No. 06-304-M-01

UNDER SEAL

**FILED**

JUN 2 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**

Upon consideration of the motion to seal the application and affidavit in support of the above-captioned Search Warrant, it is this JUN 2 8 2006 day of June 2006,

**IT IS HEREBY ORDERED**, that the Government's Motion is **GRANTED,** and

**IT IS FURTHER ORDERED** that the Government's Motion to Seal, and the application and affidavit in support of the above captioned Search Warrant be sealed until further order of the Court.

_____
UNITED STATES MAGISTRATE JUDGE
JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE

3