UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

In re: SEARCH OF 46 COMPUTER HARD DRIVES  :  Number: 06-304-M-01

**FILED**

NOV 2 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**

Upon consideration of the motion to unseal the application and affidavit in support of the above-captioned Search Warrant, all accompanying papers, the Government's prior motion to seal, and the Court's sealing order, on this 20th Day of November 2006,

**IT IS HEREBY ORDERED**, that the Government's Motion is **GRANTED**, and

**IT IS FURTHER ORDERED** that the application for search warrant, affidavit submitted in support of the application for search warrant, all accompanying papers, the Government's Motion to Seal, and Court's sealing order be unsealed.

_____
UNITED STATES MAGISTRATE JUDGE