AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

46 Computer hard drives
(more specifically described in Attachment A)

## SEARCH WARRANT

CASE NUMBER: 06-304-M-01

TO: __Marydith J. Newman__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by __U.S. Postal Inspector Marydith J. Newman__ who has reason to believe that ☐ on the person or ☒ on the premises known as (name, description and or location)

46 computer hard drives (more specifically described in Attachment A which is attached hereto and incorporated herein)

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property)

See Attachment B of the affidavit submitted in support of the application for this warrant which attachments A, B, and the affidavit are incorporated herein by reference.

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before __July 8, 2006__
(Date)

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☒ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

JUN 28 2006
Date and Time Issued

JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer

at Washington, D.C.

_/s/ J.M. Facciola_
Signature of Judicial Officer

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 6/28/2006 | 6/28/2006 | |

**INVENTORY MADE IN THE PRESENCE OF**

Inspector Marydith J. Newman

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

See Attachment A

**FILED**

FEB 2 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

Subscribed, sworn to, and returned before me this date.

_____
U.S. Judge or U.S. Magistrate Judge

2-21-07
Date

Attachment A

| HD Manufacturer | HD serial number | HD capacity | ORIGINAL | COPY | DATE | TBC LOCATION | Obtained by |
|---|---|---|---|---|---|---|---|
| Samsung | | 60GB | X | | 9/28/2004 | Texas | Greg Caouette |
| Samsung | | 60GB | X | | 9/28/2004 | Texas | Greg Caouette |
| IBM Deskstar | | 60GB | X | | 9/28/2004 | Texas | Greg Caouette |
| IBM Deskstar | | 60GB | X | | 9/28/2004 | Texas | Greg Caouette |
| IBM Deskstar | | 60GB | X | | 9/28/2004 | Texas | Greg Caouette |
| Seagate Barracuda | | 120GB | | X | 9/28/2004 | Texas | Greg Caouette |
| IBM Deskstar | | 60GB | X | | 9/28/2004 | Texas | Greg Caouette |
| Seagate Barracuda | | | | X | 9/28/2004 | Texas | Greg Caouette |
| Samsung | | 60GB | | X | 9/28/2004 | Texas | Greg Caouette |
| IBM Deskstar | | 60GB | X | | 9/28/2004 | Texas | Greg Caouette |
| Samsung | | 60GB | X | | 9/28/2004 | Texas | Greg Caouette |
| IBM Deskstar | | 60GB | X | | 9/28/2004 | Texas | Greg Caouette |
| IBM Deskstar | | 60GB | X | | 9/28/2004 | Texas | Greg Caouette |
| IBM Deskstar | | 60GB | X | | 9/28/2004 | Texas | Greg Caouette |
| Maxtor | | 20gb | X | | 9/28/2004 | Texas | Greg Caouette |
| IBM Deskstar | | 60GB | X | | 9/28/2004 | Texas | Greg Caouette |
| IBM Deskstar | | 60GB | X | | 9/28/2004 | Texas | Greg Caouette |
| IBM Deskstar | | 60GB | X | | 9/28/2004 | Texas | Greg Caouette |
| Samsung | | 60GB | X | | 9/28/2004 | Texas | Greg Caouette |
| IBM Deskstar | | 60GB | X | | 9/28/2004 | Texas | Greg Caouette |
| IBM Deskstar | | 60GB | X | | 9/28/2004 | Texas | Greg Caouette |
| Samsung | | 60GB | X | | 9/28/2004 | Texas | Greg Caouette |
| Maxtor | | 40GB | X | | 9/29/2004 | Georgia | Forde/Blackerby |
| Maxtor | | 40GB | X | | 9/29/2004 | Georgia | Forde/Blackerby |
| Samsung | | 60GB | | X | 9/29/2004 | Georgia | Forde/Blackerby |
| Maxtor | | 120GB | | X | 9/29/2004 | Georgia | Forde/Blackerby |
| Seagate | | 40GB | X | | 9/29/2004 | Georgia | Forde/Blackerby |
| Western Digital | | 120GB | | X | 9/29/2004 | Georgia | Forde/Blackerby |
| Maxtor | | 4OGB | X | | 9/29/2004 | Georgia | Forde/Blackerby |
| Maxtor | | 4OGB | X | | 9/29/2004 | Georgia | Forde/Blackerby |
| Seagate | | 40GB | X | | 9/29/2004 | Georgia | Forde/Blackerby |
| Maxtor | | 40GB | X | | 9/29/2004 | Georgia | Forde/Blackerby |
| Samsung | | 40GB | X | | 9/29/2004 | Georgia | Forde/Blackerby |
| Samsung | | 60GB | X | | 9/29/2004 | Georgia | Forde/Blackerby |
| Samsung | | 40GB | X | | 9/29/2004 | Georgia | Forde/Blackerby |
| Samsung | | 60GB | X | | 9/29/2004 | Georgia | Forde/Blackerby |
| Samsung | | 60GB | X | | 9/29/2004 | Georgia | Forde/Blackerby |
| Western Digital | | 120GB | X | | 9/29/2004 | Georgia | Forde/Blackerby |
| Maxtor | | 40GB | X | | 9/29/2004 | Georgia | Forde/Blackerby |
| Samsung | | 40GB | X | | 9/29/2004 | Georgia | Forde/Blackerby |
| Maxtor | | 40GB | X | | 9/29/2004 | Georgia | Forde/Blackerby |
| Maxtor | | 40GB | X | | 9/29/2004 | Georgia | Forde/Blackerby |
| Samsung | | 80GB | X | | 9/29/2004 | Georgia | Forde/Blackerby |
| Samsung | | 60GB | X | | 9/29/2004 | Georgia | Forde/Blackerby |
| Samsung | | 60GB | X | | 9/29/2004 | Georgia | Forde/Blackerby |
| Samsung | | 40GB | X | | 9/29/2004 | Georgia | Forde/Blackerby |